AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Charter Communications Entertainment I, LLC d/b/a
Charter Communications

**SUMMONS IN A CIVIL CASE**

**V.**

James Hammond

CASE NUMBER:

## 04-40135 FDS

TO: (Name and address of defendant)
James Hammond
10 Wrentham Road
Apartment 306
Worcester, MA 01602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown
Murtha Cullina
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

_____
CLERK

DATE _July 19, 2004_

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

07/26/2004

I hereby certify and return that on 07/23/2004 at 02:25pm I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of JAMES HAMMOND at 10 WRENTHAM RD #305, WORCESTER, MA and by mailing first class mail to the above address on 07/26/2004. Fees: Service 20.00, Travel 3.84, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $38.84

Deputy Sheriff. Kenneth R. Hannam

*Deputy Sheriff*

☐ Other *(specify)*: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                        Signature of Server

_____
Address of Server



(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.