UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS )
ENTERTAINMENT I, LLC d/b/a )
CHARTER COMMUNICATIONS, )      CIVIL ACTION NO.
          Plaintiff, )                04-40135-EDS
           )
v. )
           )
JAMES HAMMOND, )
          Defendant )

## STIPULATION OF DISMISSAL

Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter

Communications, and defendant, James Hammond, stipulate and agree to dismissal of the

complaint against said defendant pursuant to Fed.R.Civ.P. 41(a) with prejudice and

without costs to either party.

Plaintiff:                                   Defendant:

CHARTER COMMUNICATIONS                       JAMES HAMMOND
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

By Its Attorneys,                            By His Attorney,

Burton B. Cohen, BBO# 656190                 Kevin Larson  BBO  647685
Christopher L. Brown, BBO# 642688            Law Office of Kevin Larson
Murtha Cullina LLP                           29 East Mountain Street
99 High Street, 20th Floor                   Worcester, MA 01606
Boston, MA 02110                             (508) 595-0177
(617) 457-4000

284729-1